UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-2763

Marina Nikolaeva, individually and on behalf of
Andrew Danko; Andrew Danko

v.

Sparta Township Board of Education; New
Jersey Department of Education; Angelica Allen-McMillian,
Acting Commissioner of Education, in her official capacity

*Thurston Law Offices, LLC,
Appellant
*(Pursuant to Rule 12(a), Fed. R. App.P.)

(D.N.J. No. 2-21-cv-19977)

SUR PETITION FOR REHEARING

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and AMBRO*, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who

---

* Hon. Thomas L. Ambro's vote is limited to panel rehearing only.

concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: December 27, 2024
CLW/cc: John D. Rue, Esq.
      Krista H. Rue, Esq.
      Robert C. Thurston, Esq.
      Katherine A. Gilfillan, Esq.
      Ryan J. Silver, Esq.